RECEIVED BY MAIL
JUL 19 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| PAUL HANSMEIER, <br> Plaintiff, <br> v. <br> DAVID MACLAUGHLIN et al., <br> Defendants. | Case Nos. 21-cv-1551  21-cv-1542 <br> 21-cv-1550  21-cv-1540 <br> 21-cv-1547  ~~21-cv-1539~~ <br> 21-cv-1539  21-cv-1538 <br> 21-cv-1543  21-cv-1537 <br> 21-cv-1552  21-cv-1553 |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT BENJAMIN LANGER

Plaintiff Paul Hansmeier hereby voluntarily dismisses Defendant Benjamin Langer from the above-captioned actions pursuant to Federal Rule of Civil Procedure 41(a)(1) without prejudice. Langer has neither answered nor moved for summary judgment. Dismissal under Rule 41 is therefore appropriate.

July 8, 2021

Paul Hansmeier
20953-041 Unit K3
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072

SCANNED
JUL 19 2021
U.S. DISTRICT COURT MPLS